IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

VIRGINIA GIPSON,                              :
individually and as mother
and next friend of THERREN JETT,:

Plaintiff,                                    :

vs.                                           :      CIVIL ACTION 05-00247-BH-B

GREYHOUND BUS LINES,                          :

        Defendant.                            :

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be transferred to the United States District Court for the Western District of Tennessee, Eastern Division.

**DONE** this 9th day of November, 2005.

                                    s/ W. B. Hand
                                    SENIOR DISTRICT JUDGE